STONE *v.* THE STATE.

No. 15779. MAY 13, 1947.

*Thomas A. Jacobs Jr.,* for plaintiff in error.

*O. L. Long, Solicitor,* contra.

ATKINSON, Justice. (After stating the foregoing facts.) "A question as to the constitutionality of a law can not be raised for the first time in a motion for a new trial, where it was not made either by demurrer to the pleadings or by objections to evidence, or in some other appropriate way pending the trial." *Hendry* v. *State,* 147 *Ga.* 260 (8) (93 S. E. 413) ; *Starling* v. *State,* 149 *Ga.* 172 (99 S. E. 619).

Under the ruling quoted above, no constitutional question is properly made, and the case is not, otherwise, one of which the Supreme Court has jurisdiction. Accordingly, direction is given that it be transferred to the Court of Appeals, which has jurisdiction to determine it. *Savannah Electric Co.* v. *Thomas,* 154 *Ga.* 258 (113 S. E. 806) ; *Western & Atlantic R.* v. *Michael,* 172 *Ga.* 561 (158 S. E. 426) ; *Moore* v. *State,* 194 *Ga.* 672 (22 S. E. 2d, 510).

*Transferred to the Court of Appeals. All the Justices concur.*